

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MARSH, MALCOLM F. | U.S. DISTRICT COURT, OREGON | 05/12/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISRICT. JUDGE, SENIOR. STATUS | ☐ Nomination, Date<br>☐ Initial ✓ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1000 S. W. THIRD AVENUE<br>SUITE 1507<br>PORTLAND, OR 97204 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Grantor/Trustee of Intervivos Trust | Pioneer Trust Bank |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Marsh, Malcolm F.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 05/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 05/12/2011 |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | SMITH BARNEY FINANCIAL MANAGEMENT ACCOUNT | | | | | | | | | |
| 2. | Legg Mason West. Asset Muni. Money Mkt Fund, listed on 2009 | A | Interest | J | T | Buy (add'l) | 10/04/10 | N | | 28,063.61 |
| 3. | report as West. Asset Muni. Money Mkt Fund | | | | | | | | | |
| 4. | MUNICIPAL BONDS | | | | | | | | | |
| 5. | Forest Grove Ore Rev Rfdg & Campus, Due 5/1/2036 | A | Interest | J | T | | | | | |
| 6. | Oregon St. Bd Bk Rev Ore Eco Comm Dev Dept, 01/01/2025, | A | Interest | J | T | | | | | |
| 7. | Umatilla Co. Ore. Hosp., 12-01-2030 | A | Interest | | | Sold | 03/24/10 | K | | 20,000 |
| 8. | Ore St. Health HSF Edl & Cultural, 11-15-2032 | A | Interest | | | Sold | 03/24/10 | K | | 40,000 |
| 9. | Clack Cnty Ore Sch Dist (Lk Osw), 06/01/2026 | A | Interest | | | Sold | 03/24/10 | K | | 2,000 |
| 10. | OHSU Rev Ser A MSF MBIA, 07/01/2032 | A | Interest | | | Sold | 03/24/10 | K | | 35,000 |
| 11. | Ore. St. Dept. Admin Svcs, due 05/01/2028 | A | Interest | | | Sold | 03/24/10 | J | | 10,000 |
| 12. | OR St Vets Welfare, Ser. B, Due 10/01/2042 | A | Interest | K | T | Sold (part) | 10/01/10 | J | | 5,000 |
| 13. | OR St. Bd Higher Ed G/O, Due 08/01/2028 | C | Interest | | | Sold | 03/24/10 | M | | 100,000 |
| 14. | Portland City OR Ltd/Tax Conv. Ctr, Ser. A, Due 06/01/2030 | C | Interest | K | T | | | | | |
| 15. | OR St Dept Transn Hwy User Tax Rev, Bk Entry Due 11/15/2028 | A | Interest | K | T | | | | | |
| 16. | Ore St Dpt of Transportation, Lien A, Due 11/15/2028 | A | Interest | J | T | | | | | |
| 17. | Salem Ore Hosp Fac Auth Rev, Due 8/15/2030 | B | Interest | | | Sold | 03/24/10 | K | | 50,000 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Portland, OR Swr Sys Rev 1st Lien Ser A, 6-15-2027 | A | Interest | | | Sold | 03/24/10 | K | | 25,000 |
| 19. Ore. St. Dept of Transp Hwy User, Lien A, Due 11/15/2030 | A | Interest | | | Sold | 03/24/10 | K | | 45,000 |
| 20. Ptld OR Swr Sys Rev Rfdg, 1st Lien-Ser A, Due 6-15-2033 | A | Interest | J | T | | | | | |
| 21. Clackamas Co OR Sch Dist #12, North Clack, Due 6-15-2030 | A | Interest | | | Sold | 03/24/10 | K | | 20,000 |
| 22. Clackamas Cnty Ore Hosp Facs, Due 5/1/2021 | B | Interest | J | T | | | | | 10,000 |
| 23. State of OR, Board of Education, Due 8/1/2023 | A | Interest | K | T | | | | | 20,000 |
| 24. State of Oregon, Board of Education, Due 8/1/2027 | A | Interest | | | Sold | 01/19/10 | J | | 15,000 |
| 25. Jackson County Ore Schl District, Due 6/15/2023 | A | Interest | | | Sold | 03/24/10 | K | | 55,000 |
| 26. Puerto Rico Electric Power, Due 7/1/2019 | B | Interest | | | Sold | 03/24/10 | L | | 55,000 |
| 27. Oregon St. Dept Admin Services, Due 11/1/2026 | A | Interest | J | T | | | J | | 10,000 |
| 28. Washing County Ore Rfdg, Due 7/1/2039 | A | Interest | | | Sold | 03/24/10 | K | | 35,000 |
| 29. Florence Ore Rfdg, Due 12/1/2030 | A | Interest | K | T | Buy | 11/09/10 | K | | 25,000 |
| 30. Port Portland Int'l Airport, Due 7/1/2026 | A | Interest | K | T | Buy | 10/25/10 | K | | 25,000 |
| 31. Puerto Rico Cmwlth Hwy & Transn, Due 7/1/2026 | A | Interest | K | T | Buy | 10/25/10 | K | | 25,000 |
| 32. Portland Ore Urban Renewal, Due 6/15/2023 | A | Interest | K | T | Buy | 10/12/10 | K | | 25,000 |
| 33. Tillamook Bay Ore Cmnty College, Due 6/15/2026 | A | Interest | K | T | Buy | 10/05/10 | K | | 25,000 |
| 34. Ore St Dept Admin Svcs Lottery, Due 4/1/2025 | A | Interest | K | T | Buy | 10/04/10 | K | | 25,000 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lake Oswego Ore Ser A, L/T, B/E, Due 6/1/2029 | A | Interest | K | T | Buy | 10/04/10 | K | | 25,000 |
| 36. SMITH BARNEY FINANCIAL MANAGEMENT ACCOUNT | | | | | | | | | |
| 37. Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 38. MUNICIPAL BONDS | | | | | | | | | |
| 39. Ore. St. Hsg & Cmnty Svcs Dept, Due 1/1/2023 | A | Interest | | | Sold | 03/24/10 | J | | 10,000 |
| 40. Forest Grove Ore Ref Rfdg & Campus, 05/01/2036 | A | Interest | | | Sold | 03/24/10 | K | | 40,000 |
| 41. ORE St. Hlth HSF Edl & Cultural 11/15/2032 | A | Interest | K | T | | | | | |
| 42. OHSU Rev Ser. A. MSF, MBIA, 07/01/2032 | A | Interest | | | Sold | 03/24/10 | K | | 35,000 |
| 43. Ore. St. Veterans Welfare Service, Due 10/01/2042 | A | Interest | K | T | | | | | |
| 44. Bend OR full faith & credit obligs, due 12/1/2022 | A | Interest | | | Sold | 03/24/10 | K | | 45,000 |
| 45. OR St Bd Higher Ed G/O Ser. B Due 8/1/2028 | B | Interest | K | T | | | | | |
| 46. Portland City OR Ltd. Tax Conv. Ctr Ser A, Due 6-1-2030 | B | Interest | K | T | | | | | |
| 47. OR St Dept Transn Hwy User, Due 11-15-2028 | A | Interest | | | Sold | 03/24/10 | L | | 50,000 |
| 48. Ore St Dpt of Transp., Lien A Due 11/15/2028 | B | Interest | | | Sold | 03/24/10 | K | | 45,000 |
| 49. Ptld OR Swr Sys Rev First Lien, Due 6/15/2029 | A | Interest | | | Sold | 03/24/10 | K | | 35,000 |
| 50. Ptld OR Swr Sys Rev 1st Lien,Ser A,6/15/2027 | A | Interest | J | T | | | | | |
| 51. Salem OR Hosp Fac Auth Rev, Due 8/15/2030 | B | Interest | | | Sold | 03/24/10 | K | | 50,000 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oregon State Ser 87A B/E, Due 12/1/2026 | A | Interest | | | Sold | 01/19/10 | K | | 40,000 |
| 53. Ore St Dept of Transp Hwy User, Due 11/15/2030 | A | Interest | K | T | | | | | |
| 54. Ptld OR Swr Sys Rev A Rfdg, due 6/15/2033 | A | Interest | | | Sold | 03/24/10 | K | | 25,000 |
| 55. Clackamas Co OR Sch Dist #12, North Clack, due 6-15-2030 | A | Interest | J | T | | | | | |
| 56. Clackamas Cnty Ore Hosp Facs, Due 5/1/2021 | B | Interest | J | T | | | | | 10,000 |
| 57. Puerto Rico Hwys & Trnsptn Au, Due 7/1/2036 | C | Interest | L | T | | | | | 60,000 |
| 58. State of Ore, St. Bd of Education, Due 8/1/2031 | A | Interest | | | Sold | 03/24/10 | K | | 50,000 |
| 59. | | | | | | | | | |
| 60. Key Bank Private Bank | A | Interest | L | T | | | | | |
| 61. U.S. Bank Checking Acct | A | Interest | J | T | | | | | |
| 62. U.S. Bank Money Market Acct, transferred to Ckg act ABOVE | A | Interest | | | Closed | 03/01/10 | L | | |
| 63. | | | | | | | | | |
| 64. I.R.A., MORGAN STANLEY SMITH | E | Interest | N | T | | | | | |
| 65. BARNEY CGM IRA CUSTODIAN, SELF DIRECTED | | | | | | | | | |
| 66. DISTRIBUTION TAKEN IN 2010 | | | | | | | | | |
| 67. ==Citibank NA South Dakota Bank Dep | A | Interest | J | T | | | | | |
| 68. ==CORPORATE BONDS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period |  | C. Gross value at end of reporting period |  | D. Transactions during reporting period |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ==HSBC Fin Corp HSBC Fin Internotes; MAT: 2/15/2015 | A | Interest | J | T | | | | | 15,000 |
| 70. ==SBC Communications Inc. Mat: 6/15/2016 | B | Interest | | | Sold | 06/02/10 | K | B | 25,000 |
| 71. ==Goldman Sachs Group Inc Mat: 1/15/2017 | A | Interest | K | T | | | | | 25,000 |
| 72. ==General Elec Cap Corp; Mat: 2/15/2017 | A | Interest | K | T | | | | | 25,000 |
| 73. ==Hartford Finl Svcs Group SR NTS; Mat: 3/15/2017 | A | Interest | K | T | | | | | 50,000 |
| 74. ==Coca Cola Co Notes Reg; Mat: 11/15/2017 | B | Interest | | | Sold | 06/02/10 | K | B | 25,000 |
| 75. ==Walmart Stores Inc; Mat: 2/1/2019 | C | Interest | | | Sold | 08/07/10 | K | C | 25,000 |
| 76. ==Textron Inc; Mat: 10/01/2019 | B | Interest | | | Sold | 01/19/10 | K | B | 35,000 |
| 77. ==Bank of America Corp Sub Internotes; Mat: 3/15/2020 | A | Interest | K | T | | | | | 50,000 |
| 78. ==Dow chem Co. Medium term; Mat:09/15/2020 | B | Interest | | | Sold | 08/12/10 | K | B | 35,000 |
| 79. Fortune Brands, Inc., Due 11-15-2021 | A | Interest | K | T | Buy | 01/19/10 | K | | 35,000 |
| 80. | A | Interest | | | Sold (part) | 10/04/10 | K | A | 15,000 |
| 81. RR Donnelley & Sons Co., Due 6/15/2020 | B | Interest | K | T | Buy | 08/12/10 | K | | 60,000 |
| 82. Hartford Financial Services Group, Due 3/30/2020 | B | Interest | K | T | Buy | 06/02/10 | K | | 35,000 |
| 83. Genworth Financial, Due 5/22/2018 | B | Interest | K | T | Buy | 06/02/10 | K | | 35,000 |
| 84. == GOVT & GSE BONDS | | | | | | | | | |
| 85. ==Fed Home Loan Bank Cons; Mat: 5/18/2016 | A | Interest | K | T | | | | | 20,000 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ==Fed Home Loan Bank Cons.; Mat: 12/16/2016 | A | Interest | K | T | | | | | 20,000 |
| 87. ==Fed. Nat'l Mtg Assn Debs; Mat: 5/11/2017 | A | Interest | K | T | | | | | 25,000 |
| 88. ==Fed. Nat'l Mtg Assn Debs; Mat: 6/12/2017 | A | Interest | K | T | | | | | 25,000 |
| 89. | | | | | | | | | |
| 90. Pioneer Trust Bank (See P. 1, Positions) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MALCOLM F. MARSH**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544